

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,400-01

### EX PARTE MICHAEL RYAN GLENN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR 55600-A IN THE 238TH DISTRICT COURT FROM MIDLAND COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of possession of a controlled substance and sentenced to fifteen years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

After a review of the record, we find that Applicant's claims regarding ineffective assistance of counsel are without merit. Therefore, we deny relief based on the trial court's findings and our own review of the record.

Applicant's claim requesting pre-sentence jail time credit is dismissed. *See Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex parte Ybarra*, 149 S.W.3d 147 (Tex. Crim.

App. 2004).

Filed:             January 11, 2023
Do not publish